UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | : | Honorable Karen M. Williams |
| | : | |
| **244 Broadway, Carneys Point, New Jersey 08069** | : | Mag. No. 17-5539 (KMW) |

## UNSEALING ORDER

This matter having come before the Court on the application of the United States of America (Jacqueline M. Carle, Assistant U.S. Attorney, appearing) for an order that the search warrant filed in the above-captioned matter be unsealed based on the execution of the search warrant; and for good cause shown,

IT IS ON this ____ day of June 2017,

ORDERED that **all affidavits, papers and materials filed in connection with, and as a part of, the Search Warrant and Application** filed in the above-captioned matter, be and they are hereby unsealed.

HONORABLE KAREN M. WILLIAMS
United States Magistrate Judge